New trial denied, and judgment ordered for defendant on the verdict.

---

WILLIAM KANNA, *Respondent*, v. MICHAEL KESTER, *Appellant.*— Judgment and order affirmed. Opinion by SMITH, P. J.

EMMA E. MAPES, *Respondent*, v. FREDERIKA MATHERN, *Survivor*, *etc.*, *Appellant.* — Judgment and order affirmed.

IN THE MATTER OF THE APPLICATION OF THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY FOR APPOINTMENT OF COMMISSIONERS TO APPRAISE CERTAIN LANDS OF FANNIE P. COTTLE, and others.— Order of the Special Term affirmed, without costs to either party. Opinion by MACOMBER, J.; HARDIN, J., not acting.

THE PEOPLE OF THE STATE OF NEW YORK, *Respondent*, v. JAMES D. BUCKLEY, *Appellant*, *Impleaded*, *etc.* — Judgment and order affirmed on the opinion of CHURCHILL, J., at Special Term.